AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

--- OFFENSE CHARGED ---

18 U.S.C. 922(g)(1) - Felon in Possession of a Firearm

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
10 years prison, $250,000 fine, 3 years supervised release
$100 special assessment

--- DEFENDANT - U.S. ---

▶ Anthony Mora

DISTRICT COURT NUMBER

**CR 08 0157 JSW**

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
Bureau of Alcohol, Tobacco, Firearms & Explosives, Inspector Michael Hamilton

☒ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Owen P. Martikan

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☒ Awaiting trial on other charges   } ☐ Fed'l  ☒ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year   2/1/2008

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

**CR 08 0157**

UNITED STATES OF AMERICA,

V.

ANTHONY MORA

DEFENDANT.

## INDICTMENT

Title 18, U.S.C. §922(g)(1) - Felon in Possession of a Firearm

INDICT

A true bill.

_____
Foreman

Filed in open court this __13__ day of __MARCH 2008__

_____
KAREN L. HOM, Clerk
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no bail arrest warrant

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   Attorney for Plaintiff
3

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 08  0157 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |
| ANTHONY MORA, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

**JSW**

INDICTMENT

The Grand Jury charges:

COUNT ONE:   18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

On or about February 1, 2008, in the Northern District of California, the defendant,

ANTHONY MORA,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a .38 caliber Smith & Wesson pistol, serial number D276790, in and affecting interstate and foreign commerce, in violation of Title

INDICTMENT

1 | 18, United States Code, Section 922(g)(1).

2

3 | DATED: 3-13-08                    A TRUE BILL.

4

5 |                                    FOREPERSON

6 | JOSEPH P. RUSSONIELLO
    United States Attorney

7

8

9 | KYLE F. WALDINGER
    Deputy Chief, Major Crimes Section

10

11 | (Approved as to form: _____ )

12 |                AUSA MARTIKAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                          -2-