JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-157 JSW |
|     Plaintiff, ) | |
| v. ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| ANTHONY MORA, ) | |
|     Defendant. ) | |

To the Honorable Bernard Zimmerman, United States Magistrate Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner ANTHONY MORA.

//

WRIT AD PROSEQUENDUM
CR 08-157 JSW

1  Mr. Mora is required as the defendant in this matter before this Court. His place of
2  custody and jailor are set forth in the following writ.

4  DATED: August 7, 2008          Respectfully submitted,

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                  OWEN P. MARTIKAN
                                  Assistant U.S. Attorney

11 IT IS SO ORDERED.

12 DATED: August ___, 2008

                                  THE HON. BERNARD ZIMMERMAN
                                  United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR 08-157 JSW                     2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To James J. Molinari, United States Marshal for the Northern District of California; any of his authorized deputies; and Jailor or Warden of SAN QUENTIN STATE PRISON, San Quentin, California 94964:

**GREETINGS**

The prisoner ANTHONY MORA (D.O.B. ███ /83; CDC # V58254; SSN ███-6283), is now in custody in the above-referenced institution. He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner in this Court FORTHWITH. You shall bring him before Elizabeth D. Laporte on September 5, 2008. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies under this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 7, 2008

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 08-157 JSW