JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7241
Facsimile: (415) 436-7234
owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY MORA, )<br>)<br>Defendant. )<br>_____ ) | No. CR 08-157 JSW<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

To the Honorable Joseph C. Spero, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner ANTHONY MORA.

//

WRIT AD PROSEQUENDUM
CR 08-157 JSW

1    Mr. Mora is required as the defendant in this matter before this Court.  His place of

2    custody and jailor are set forth in the following writ.

3

4    DATED:  August 11, 2008                    Respectfully submitted,

5                                                               JOSEPH P. RUSSONIELLO
                                                                 United States Attorney
6

7

8                                                               OWEN P. MARTIKAN
                                                                 Assistant U.S. Attorney
9

10

11   IT IS SO ORDERED.

12   DATED: August ___, 2008

13

14

15                                              THE HON. JOSEPH C. SPERO
                                                United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT AD PROSEQUENDUM
CR 08-157 JSW                              2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and Jailor or Warden of CALIFORNIA DEPT. OF CORRECTIONS TRAINING FACILITY, Soledad, California 93960:

**GREETINGS**

The prisoner ANTHONY MORA (D.O.B. ▮83; CDC # V58254; SSN ▮-6283), is now in custody in the above-referenced institution. He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner in this Court FORTHWITH. You shall bring him before Elizabeth D. Laporte on September 5, 2008. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies under this writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 12, 2008

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 08-157 JSW