1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CABN 177104)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 08-157 JSW
                                       )
15          Plaintiff,                 )
                                       )   **PETITION FOR WRIT OF HABEAS**
16     v.                              )   **CORPUS AD PROSEQUENDUM**
                                       )
17  ANTHONY MORA,                      )
                                       )
18          Defendant.                 )
                                       )
19  _____    )

20

21

22  To the Honorable Joseph C. Spero, United States Magistrate Judge for the United States

23  District Court for the Northern District of California:

24

25      The United States of America respectfully petitions the Court to issue a Writ of

26  Habeas Corpus Ad Prosequendum for the prisoner ANTHONY MORA.

27  //

28

WRIT AD PROSEQUENDUM
CR 08-157 JSW

1  Mr. Mora is required as the defendant in this matter before this Court. His place of
2  custody and jailor are set forth in the following writ.

3

4  DATED: August 11, 2008                    Respectfully submitted,

5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6

7

8                                            OWEN P. MARTIKAN
                                             Assistant U.S. Attorney
9

10

11  IT IS SO ORDERED.

12  DATED: August __12__, 2008

13

14                                            _____
                                              THE HONORABLE JOSEPH C. SPERO
15                                            United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR 08-157 JSW                                 2

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and Jailor or Warden of CALIFORNIA DEPT. OF CORRECTIONS TRAINING FACILITY, Soledad, California 93960:

**GREETINGS**

The prisoner ANTHONY MORA (D.O.B. ▓▓▓83; CDC # V58254; SSN ▓▓▓-6283), is now in custody in the above-referenced institution. He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner in this Court FORTHWITH. You shall bring him before Elizabeth D. Laporte on September 5, 2008. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies under this writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 12, 2008

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Karen L. How*
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 08-157 JSW