```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  OWEN P. MARTIKAN (CABN 177104)
    Assistant United States Attorneys
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-7241
 7      Facsimile: (415) 436-7234
        owen.martikan@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR 08-0157 JSW |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER EXCLUDING TIME** |
| ANTHONY MORA, | ) |
| Defendant. | ) |

On September 18, 2008, the parties in this case appeared before the Court for status conferences. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from September 18, 2008, through October 9, 2008, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0157 JSW

nd the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

DATED: 9/19/08

JOSEPH P. RUSSONIELLO
United States Attorney

OWEN P. MARTIKAN
Assistant United States Attorney

DATED: 9/18/08

BARRY J. PORTMAN
Federal Public Defender

GEOFFREY A. HANSEN
Attorneys for Anthony Mora

**~~[PROPOSED]~~ ORDER**

As the Court found on September 18, 2008, and for the reasons stated above, an exclusion of time from September 18, 2008, through October 9, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: September 19, 2008

HON. JEFFREY S. WHITE
United States District Judge